**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4882**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

GLEN ALAN HINES,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-
00-263-JFM)

_____

Submitted:  June 30, 2003          Decided:  July 8, 2003

_____

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Wyda, Federal Public Defender, Denise C. Barrett, Assistant
Federal Public Defender, Baltimore, Maryland, for Appellant. Thomas
M. DiBiagio, United States Attorney, Joseph L. Evans, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Glen Alan Hines appeals his five-year provisional sentence under 18 U.S.C. § 4244(d) (2000) following his guilty plea for transmitting a threatening communication in violation of 18 U.S.C. § 875(c) (2000). We have reviewed the record and find no reversible error.  Accordingly, we affirm Hines' provisional sentence.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2